**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>Albert G Bragg, Jr.<br><br><br><br>DEBTOR(S). | Case No: 2:13-bk-32616-NB<br><br>CHAPTER 13<br><br><br>**TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S), ATTORNEY OF RECORD, IF ANY, MTGLQ INVESTORS, LP, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE under Fed. R. Bankr. P. 3002.1(f) that the Debtor(s) have completed all payments under their confirmed chapter 13 plan and have paid the amounts necessary to cure the default on the mortgage held by MTGLQ INVESTORS, LP and represented by Court Claim Register #**10**.

**Within 21 days after service of this notice**, MTGLQ INVESTORS, LP must file a response and serve answer upon the Trustee, Debtor, and Debtor's counsel, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), a statement indicating whether it agrees that:

1. The debtor has paid in full the amount required to cure the default on the claim; and

2. The debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

If MTGLQ INVESTORS, LP contends that any cure or postpetition amounts remain unpaid as of the date of that statement, such amounts must be itemized in that statement.

**Failure to timely respond to this Notice may result in sanctions for noncompliance pursuant to the Federal Rules of Bankruptcy Procedure.**

Executed at Los Angeles, California on .December 19, 2018

Kathy A. Dockery, Chapter 13 Trustee

| In re: **ALBERT G BRAGG, JR.** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:13-bk-32616-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/19/18, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/19/2018 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                  F 9013-3.1

| In re: **ALBERT G BRAGG, JR.** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:13-bk-32616-NB** |

## Service List

Albert G Bragg, Jr.
4121 S Harvard Blvd
Los Angeles, CA 90062

MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101

MTGLQ INVESTORS, LP
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE, CA 92619-2708

NADER LAW FIRM
16530 VENTURA BLVD., SUITE 405
ENCINO, CA 91436

RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 55004
IRVINE, CA 92619

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 9013-3.1**