KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>Albert G Bragg, Jr.<br><br>DEBTOR(S). | CHAPTER 13<br><br>CASE NO.: 2:13-bk-32616-NB<br><br>**DECLARATION RE: NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT AND ACCOUNT AND REQUEST FOR DISCHARGE OF DEBTOR(S)** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:**

On December 18, 2018, this Office served upon the interested parties a "Notice of Intent to File Trustee's Final Report and Account". This Office has not received any objection (s) to the Trustee's Final Report and Account within the period permitted by F.R.B.P. Rule 5009.

This case was filed September 10, 2013. The debtor(s) have completed plan payments under the term of the confirmed plan. No party in interest has objected to the "Notice of Intent to File Trustee's Final Report and Account, Obtain Discharge of Debtor(s) and Close Case". I request that the debtor(s) be granted a discharge pursuant to 11 U.S.C §1328.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 1/28/19 at Los Angeles, California.

_____
Kathy A. Dockery
Chapter 13 Trustee