KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**Re**: UNDISTRIBUTED FUNDS - 3011

**Case No.**: **LA13-32616-NB**

**Debtor(s)**: Albert G Bragg, Jr.
4121 S Harvard Blvd
Los Angeles, CA 90062

Explanation of Source:    Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT |
|---|---|
| COLLECTO US ASSET MGMT INC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 953185<br>ST LOUIS, MO 63195 | $197.01 |

DATED: January 30, 2019

*/s/ Kathy A. Dockery*

Kathy A. Dockery
Chapter 13 Trustee